■ ALLEN G. MILLER, Appellant, v BANK OF NEW YORK COMPANY, INC., et al., Respondents.—Judgment of the Supreme Court, Nassau County, entered February 28, 1985, affirmed, with costs, for reasons stated by Justice Morrison at

Special Term. Thompson, J. P., Rubin, Eiber and Spatt, JJ., concur.